

FILED & JUDGMENT ENTERED
David E. Weich

Jun 09 2005

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA

IN RE:    Mary Ann Johnson                           Case No: 04-52008
                                                      Chapter: 13

Debtor(s).

## ORDER TO APPEAR AND SHOW CAUSE

On June 8, 2005, a Response to Debtor's Motion for Determination of Application of Automatic Stay was filed with the court non-electronically.  This filing is not in compliance with the court's requirement that all documents must be filed electronically.

**IT IS HEREBY ORDERED** that the attorney filer **APPEAR** before the court on July 7, 2005 at 9:30 am, in Wilkesboro, NC  and SHOW CAUSE as to why this document was filed non-electronically.

**This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order.**                              **United States Bankruptcy Court**